JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PEDRO TORRES,

     Petitioner,

     v.

WARDEN OF P.V.S.P.,

     Respondent.

No. CV 23-8040-MWC(E)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  FEBRUARY 23, 2026.

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE